*Gregory* and *Harper*, for the appellee.

*Nov. Term, 1861.*

LINSDAY
v.
GILLESPIE.

---

LINSDAY *v.* GILLESPIE and Another.

APPEAL from the *Hamilton* Circuit Court.

*Per Curiam.*—Suit on a note payable at bank, against the maker and indorser. The complaint alleged presentment for payment, non-payment and notice to the indorser. No copy of the protest and notice is set out in the complaint. See *Kohler* v. *Montgomery*, *post*, p. 220. Judgment by default against the defendants, from which they appeal to this Court.

The judgment is affirmed, with 5 per cent. damages and costs.

*Garver* and *O'Brian*, for the appellant.

*F. Rand* and *R. Hill*, for the appellees.